```
_____ FILED         _____ RECEIVED
_____ ENTERED       _____ SERVED ON
                       COUNSEL/PARTIES OF RECORD

          JUN  1 5 2016

        CLERK US DISTRICT COURT
          DISTRICT OF NEVADA
BY:_____ DEPUTY
```

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

-o0o-

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Case No. 2:16-mj-338-GWF |
| vs. | ) | **ORDER** |
| WILLIAM T. WALTERS, | ) | |
| Defendant. | ) | |

On May 19, 2016, a **$100,000.00** cash bond was posted on behalf of defendant **WILLIAM T. WALTERS**.  Defendant **WILLIAM T. WALTERS** was ordered to appear in the **Southern District of New York** pursuant to Rule 5 of the Federal Criminal Code and Rules.

**IT IS SO ORDERED** that the Clerk of Court shall forthwith send the **$100,000.00** cash bond to the following:

> Southern U.S. District Court of New York (Attn: Clerk's Office)
> 500 Pearl Street
> New York, NY 10007-1312

> **Re: Case # S1 16-cr-338-(PKC)**

DATED this 15th day of June 2016.

_George Foley_

GEORGE FOLEY, JR.
United States Magistrate Judge