DANIEL G. BOGDEN
United States Attorney
District of Nevada
CRISTINA D. SILVA
Assistant United States Attorney
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
FAX: (702) 388-5087
cristina.silva@usdoj.gov
Attorney for the United States

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:16-mj-0338-GWF |
| Plaintiff, | S1 16-CR-338 (PKC) |
| vs. | **UNOPPOSED MOTION TO UNSEAL CASE** |
| WILLIAM T. WALTERS, a/k/a, "Billy," | |
| Defendant. | |

COMES NOW, the United States of America by and through DANIEL G. BOGDEN, United States Attorney, and CRISTINA D. SILVA, Assistant United States Attorney, and respectfully moves this Court to unseal the criminal case and indictment in the above-captioned matter.

The defendant made his initial appearance on the indictment on May 19, 2016. Therefore the need to keep the indictment sealed has expired. The defendant,

William T. Walters, a/k/a "Billy," and his attorney, Richard Wright, Esq., have no objection to the unsealing of the indictment and criminal case.

Dated this 16th day of May, 2016.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

_____
CRISTINA D. SILVA
Assistant United States Attorney

The Government's motion is hereby ___granted___.

SO ORDERED:

_/s/ George Foley Jr._____
United States Magistrate Judge

Dated: 6/17/2016

2